# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| YONEST L. GIBSON, | : | Case No. 3:17-CV-210 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

---

**ENTRY AND ORDER OVERRULING OBJECTIONS (DOC. 12),
ADOPTING REPORT AND RECOMMENDATIONS (DOC. 11), AFFIRMING
THE COMMISSIONER'S NON-DISABILITY FINDING
AND TERMINATING THIS CASE**

---

This Social Security disability benefits appeal is before the Court on the Objections (Doc. 12) filed by Plaintiff Yonest L. Gibson ("Plaintiff") to Magistrate Judge Michael J. Newman's Report and Recommendations ("Report") (Doc. 11). Magistrate Judge Newman recommended that the Commissioner's non-disability finding be found supported by substantial evidence in the record and affirmed. Plaintiff, who was denied Disability Insurance Benefits based on the Commissioner's non-disability finding, filed Objections (Doc. 12) to the Report. The Commissioner responded to the Objections; this matter is therefore ripe for review. (Doc. 13.)

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case. Upon said review, the Court finds that Plaintiff's Objections (Doc. 12) to the Report (Doc. 11) are not well-taken and

are hereby **OVERRULED**. The Court **ADOPTS** the Report (Doc. 11) and rules as follows:

1. The Commissioner's non-disability finding is supported by substantial evidence in the record and is hereby **AFFIRMED**; and

2. This case is **TERMINATED** on the docket of this Court.

**DONE** and **ORDERED** in Dayton, Ohio, this Monday, April 23, 2018.

s/Thomas M. Rose

———————————————
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE